UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES DENT, #214488,

        Petitioner,

                            CASE NO. 14-CV-13272
v.                              HON. JOHN CORBETT O'MEARA

DAVID BERGH,

        Respondent.
_____/

## ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION

This matter is before the Court on Petitioner's motion for reconsideration concerning the Court's September 13, 2017 opinion and order denying his habeas petition on the merits. The Court also denied a certificate of appealability and denied leave to proceed in forma pauperis on appeal. Having reviewed the matter, the Court finds no reason to reconsider its decision. A motion for reconsideration which presents issues already ruled upon by the court, either expressly or by reasonable implication, will not be granted. *See Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Petitioner has not met his burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(h)(3). Accordingly, the Court **DENIES** Petitioner's motion for reconsideration. This case remains closed.

    **IT IS SO ORDERED**.

                                          s/John Corbett O'Meara
                                          United States District Judge

Date: October 26, 2017

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, October 26, 2017, using the ECF system and/or ordinary mail.

                                                 s/William Barkholz
                                                 Case Manager