UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES DENT, #214488,

       Petitioner,

                                        CASE NO. 14-CV-13272
v.                                    HON. JOHN CORBETT O'MEARA

DAVID BERGH,

       Respondent.
_____/

## ORDER DENYING PETITIONER'S MOTION FOR A CERTIFICATE OF APPEALABILITY AND HIS APPLICATION TO PROCEED IN FORMA PAUPERIS

This matter is before the Court on Petitioner's motion for a certificate of appealability and his application to proceed in forma pauperis on appeal concerning the Court's September 13, 2017 opinion and order denying his habeas petition on the merits. The Court denied a certificate of appealability and denied leave to proceed in forma pauperis on appeal when it denied the petition.

Having reviewed the matter, the Court finds no reason to reconsider its prior ruling. A motion for reconsideration which presents issues already ruled upon, either expressly or by reasonable implication, will not be granted. *Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Petitioner has not met his burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(h)(3). Accordingly, the Court **DENIES** Petitioner's motion and application.

      **IT IS SO ORDERED**.

                                                  s/John Corbett O'Meara
                                                  United States District Judge

Date: October 31, 2017

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, October 31, 2017, using the ECF system and/or ordinary mail.

                                                         s/William Barkholz
                                                         Case Manager